
Receipt
# 11092588
$835.02

# Thomas J. Gaffney
Attorney & Counselor at Law
80 West Huron
Buffalo, New York 14202-2408
(716) 852-1102

October 20, 2011

Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
300 Pearl Street, Suite 250
Buffalo, New York 14202

Re: SCHIFFMACHER, JOSEPH J. /Case # 04-17794
Request to Deposit of Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

Enclosed please find my Trustee's check in the amount of $835.02 I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

__X__ I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), **or**

_____ The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

Claimant Universal Card    Amount $ 625.67    Claim Register # 2

Claimant MBNA American    Amount $209.35    Claim Register # 7

THOMAS J. GAFFNEY
Trustee

FILED
OCT 21 2011
BANKRUPTCY COURT
BUFFALO, N.Y.